

## COURT OF APPEALS EIGHTH
## DISTRICT OF TEXAS
### EL PASO

| | | |
|---|---|---|
| Francisco Hernandez, | ) | |
| | ) | No. 08-13-00315-CV |
| Appellant, | ) | |
| | ) | Appeal from the 68th District Court |
| vs. | ) | |
| | ) | of Dallas County, Texas |
| Roy Moss and Vaughn Anderson, | ) | |
| | ) | (TC# DC-12-02990) |
| Appellees. | ) | |

## O R D E R

Francisco Hernandez, Appellant, has filed a notice of automatic stay of proceedings based on Section 462.309 of the Texas Insurance Code. He has provided the Court with a copy of an order issued by the Texas Department of Insurance declaring Appellant's insurer, ICM Insurance Company, to be an "impaired insurer" on December 24, 2013. Further action in this appeal is automatically stayed until June 24, 2014 for all purposes. *See* TEX.INS.CODE ANN. § 462.309(a), (b). Further, any deadlines imposed under the Texas Rules of Appellate Procedure are tolled during the stay. *See* TEX.INS.CODE ANN. § 462.309(c).

IT IS SO ORDERED this 15th day of January, 2014.


PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.